IN THE UNITED STATES DISTRICT COURT FOR THE

MIDDLE DISTRICT OF ALABAMA

AFFIDAVIT IN SUPPORT OF REQUEST
TO PROCEED IN FORMA PAUPERIS

RECEIVED

2006 NOV 30 A 9:50

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

**Rondal Howard Macks**
Plaintiff(s)

2:06-CV-1070-MHT

vs.

**Moseley et al.**
Defendant(s)

I, **Rondal Howard macks**, being first duly sworn, depose and say that I am the plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief. I recognize that I may be prosecuted for any false statement which I may make herein.

I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed?   YES ( )   NO (X)

    A. If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer.
    _____
    _____

    B. If the answer is NO, state the date of last employment and the amount of salary and wages per month which you received.
    **2001  750 Hr**

2. Have you received within the past twelve months any money from any of the following sources?

    A. Business, profession or form of self-employment? YES ( )  NO (X)

    B. Rent payments, interest or dividends? YES ( )  NO (X)

    C. Pensions, annuities or life insurance payments? YES ( )  NO (X)

    D. Gifts or inheritances? YES ( )  NO (X)

    E. Any other sources? YES ( )  NO (X)

    If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past twelve months.

3. Do you own cash, or do you have money in a checking or savings account? [Include any funds in prison accounts.] YES ( ) NO (X)

   If the answer is YES, state the total value of the items owned.
   N/A None

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property [excluding ordinary household furnishings and clothing]? YES ( ) NO (X)

   If the answer is YES, describe the property and state its approximate value.
   N/A None

5. List the persons who are dependent upon you for support, state your relationship to those persons and indicate how much you contribute toward their support. I have no dependents

   x Rondal H. Macks
   Signature of Affiant

STATE OF ALABAMA     )
COUNTY OF Barbour    )

Before me, a notary public in and for said County, in said State, personally appeared Rondal Howard Macks, whose name is signed to the foregoing complaint, who being first duly sworn, deposes on oath and says:

That the information set forth in the foregoing affidavit is true and correct to the best of his knowledge and belief.

x Rondal H. Macks
Signature of Affiant

Sworn to and subscribed before me this 28 day of Nov., 2006

Notary Public

_____ County, Alabama

O R

Rondal H. Macks 8A-114
AIS # 220315

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>Nov. 27-2006</u>.
           (date)

<u>Rondal H. Macks</u>
Signature of Affiant

### CERTIFICATE

I hereby certify that the plaintiff herein has the sum of $ <u>263.40</u> on account to his credit at the <u>Easterling</u> institution where he is confined. I further certify that plaintiff likewise has the following securities to his credit according to the records of said institution:

_____
_____
_____

I further certify that he has had the average sum on account at this institution as of the first day of each month of the immediate preceding months (not to exceed six (6) months.

1. $_____ on the 1st day of _____
2. $_____ on the 1st day of _____
3. $_____ on the 1st day of _____
4. $_____ on the 1st day of _____
5. $_____ on the 1st day of _____
6. $_____ on the 1st day of _____

See attached
_____
_____

<u>MJ Faulk AOT Clerk</u>
Authorized Officer of Institution

DATE <u>Nov 27 2006</u>

```
                    STATE OF ALABAMA
                 DEPARTMENT OF CORRECTIONS
                  EASTERLING CORR FACILITY


AIS #: 220315      NAME: MACKS, RONDAL HOWARD      AS OF: 11/27/2006

                # OF        AVG DAILY        MONTHLY
      MONTH     DAYS        BALANCE          DEPOSITS
      ------------------------------------------------------

      NOV        3          $102.42          $0.00
      DEC       31          $192.31          $240.00
      JAN       31          $207.59          $100.00
      FEB       28          $173.42          $100.00
      MAR       31          $171.94          $100.00
      APR       30          $185.08          $100.00
      MAY       31          $109.65          $196.54
      JUN       30          $207.53          $300.00
      JUL       31          $310.66          $100.00
      AUG       31          $304.38          $100.00
      SEP       30          $274.23          $100.00
      OCT       31          $270.98          $100.00
      NOV       27          $232.47          $100.00
```

## Certificate of Service

I hereby certify that I have served a copy of the foregoing upon the appelle by placing same in the United States mail Box, postage prepaid, and, addressed as follows:

Montgomery, Alabama

Office of the Attorney General
11 - South Union Street
Montgomery, Alabama
36130-0152

Executed this 28 day of Nov, 2006.

X Rondal H. macks
Rondal H. macks
appellant,

Address of the appellant
Rondal Howard macks
Easterling Correctional Facility
ECF * # 226315 * 8/A - 114
200 - Wallace Drive
Clio, Alabama 36017 2615
36017 - 2615

NOTARY STATEMENT

STATE OF ALABAMA )
COUNTY OF BARBOUR )

SWORN TO AND SUBSCRIBED BEFORE MY HAND THIS DAY OF 28 NOVEMBER 2006

_____ / 6-7-2010
NOTARY PUBLIC / MY COMMISSION EXPIRES